UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

EUGENE DUNCAN, for himself and on
behalf of all other persons similarly situated,

Plaintiff,

–against–                                              20-CV-06000 (WFK)(PK)

KURT S. ADLER, INC.,

Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned,

attorneys of record for the parties to the above-entitled matter, that pursuant to Federal Rules of

Civil Procedure 41(a)(1)(A)(ii), the above-entitled action is dismissed with prejudice, without

costs or fees to one party as against the other, except as otherwise agreed by the parties herein.

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: _____
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
Facsimile: (212) 229-2246
**ATTORNEYS FOR PLAINTIFF**

Dated: New York, New York
        March 16, 2021

O'HAGAN MEYER

By: _____
Adi Kanlic
ONE E WACKER DR SUITE 3400
CHICAGO, IL 60601
Telephone: (312) 422-6100
Facsimile: (312) 422-6110
**ATTORNEYS FOR DEFENDANT**

Dated: CHICAGO, IL
        March 16, 2021
        _____

**SO ORDERED.**

s/ WFK

Dated: March 17, 2021
       Brooklyn, New York

WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE